UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Kimberly N McNeil<br><br>Debtor(s) | Case No. 09 B 10336 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 03/25/2009.

    2) The plan was confirmed on 05/26/2009.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/26/2009.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

    5) The case was Dismissed on 02/26/2013.

    6) Number of months from filing to last payment: 45.

    7) Number of months case was pending: 54.

    8) Total value of assets abandoned by court order: NA .

    9) Total value of assets exempted: NA .

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $15,198.22 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $15,198.22

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,824.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $790.18 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,614.18

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Management Services | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Activity Collection Svc | Unsecured | 153.00 | 153.00 | 153.00 | 13.03 | 0.00 |
| AIP | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| American Cablevision | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | NA | 122.29 | 122.29 | 10.41 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,997.20 | 2,023.71 | 2,023.71 | 173.82 | 0.00 |
| Anesthesia Assoc | Unsecured | 72.60 | NA | NA | 0.00 | 0.00 |
| Applied Bank | Unsecured | 846.00 | 846.92 | 846.92 | 72.74 | 0.00 |
| Bank Of America | Unsecured | 669.00 | 651.95 | 651.95 | 56.00 | 0.00 |
| Capital One Auto Finance | Secured | 15,000.00 | 6,800.00 | 6,850.00 | 6,850.00 | 724.50 |
| Capital One Auto Finance | Unsecured | 15,000.00 | 8,340.22 | 8,340.22 | 716.33 | 0.00 |
| Cardiac Consulting Group | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 130.89 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| Children's Surgical Foundation | Unsecured | 1,146.92 | NA | NA | 0.00 | 0.00 |
| Cmntyprp Mng | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Unsecured | 160.70 | NA | NA | 0.00 | 0.00 |
| CorTrust Bank | Unsecured | 259.00 | 278.58 | 278.58 | 23.83 | 0.00 |
| Credit Management Co. | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| David Ruschhaupt | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 291.00 | 381.47 | 381.47 | 32.76 | 0.00 |
| Fitzsimmons Furniture | Secured | 74.27 | 74.00 | 74.00 | 51.31 | 4.18 |
| Fitzsimmons Furniture | Unsecured | 74.27 | NA | NA | 0.00 | 0.00 |
| Homewood Flossmoor | Unsecured | 431.65 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,743.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Same Day Surgery | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,065.00 | 1,065.77 | 1,065.77 | 91.54 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| John And Faye Faber | Unsecured | 7,500.00 | 17,510.00 | 17,510.00 | 0.00 | 0.00 |
| Joseph S Thomas MD | Unsecured | 428.10 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 166.48 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Secured | 31.04 | 35.00 | 31.00 | 31.00 | 1.66 |
| Monterey Financial Services | Unsecured | 31.04 | 54.78 | 54.78 | 4.56 | 0.00 |
| MRSI | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Mutl H Clctn | Unsecured | 729.68 | NA | NA | 0.00 | 0.00 |
| National City Bank | Unsecured | 7,387.74 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| Payday Avenue.Com | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 411.04 | 411.04 | 35.30 | 0.00 |
| Premier Bankcard | Unsecured | 313.00 | 316.36 | 316.36 | 27.06 | 0.00 |
| Professional Account Management | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Route 66 Funding | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 9,776.00 | 18,927.58 | 18,927.58 | 1,625.67 | 0.00 |
| Sand Ridge Bank | Unsecured | 1,590.00 | NA | NA | 0.00 | 0.00 |
| Sprint PCS | Unsecured | 968.47 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 186.46 | 186.46 | 186.46 | 15.89 | 0.00 |
| Total Card | Unsecured | 248.00 | 261.38 | 261.38 | 22.45 | 0.00 |
| Tribute/Fbold | Unsecured | 493.29 | NA | NA | 0.00 | 0.00 |
| Van Ru Credit Corporation | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,955.00 | $6,932.31 | $730.34 |
| **TOTAL SECURED:** | **$6,955.00** | **$6,932.31** | **$730.34** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$51,531.51** | **$2,921.39** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,614.18 |
| Disbursements to Creditors | $10,584.04 |
| **TOTAL DISBURSEMENTS** : | **$15,198.22** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2013          By: /s/ Marilyn O. Marshall
                                               Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**